UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-04390 JAK (AGRx) | Date | April 3, 2023 |
| Title | Santiago Lim v. Transforce, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| T. Jackson | Suzanne McKennon |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Joshua Konecky (video) | Brian D Berry (video) |

**Proceedings:**   **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (DKT. 203)**

**PLAINTIFF'S MOTION FOR SERVICE AWARD (DKT. 204)**

**PLAINTIFF'S MOTION FOR REASONABLE ATTORNEYS' FEES AND COSTS (DKT. 205)**

The motion hearing is held via Zoom. Counsel all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative views that it is inclined to grant Plaintiff's Motion for Final Approval of Class Action Settlement (Dkt. 203); Plaintiff's Motion for Service Award (Dkt. 203); and Plaintiff's Motion for Reasonable Attorneys' Fees and Costs (Dkt. 205) (together, the "Motions"). Counsel address the Court. The Motion for Final Approval is **GRANTED**, and attorney's fees in the amount of no less than $4.35 million and an incentive award of no less than $13,750 for Plaintiff Santiago Lim are approved. A detailed written order will be issued as to the Motion for Final Approval and in which a final determination as to the amount of attorney's fees and the incentive award will be made. The Court also considers the letter from Mr. Villaverde, who has requested an award equal to the amount that will be received by Santiago Lim. Class Counsel opposes the request. The request is **DENIED** because it was not made prior to the preliminary approval and the corresponding Class Notice.

**IT IS SO ORDERED.**

| | : | 24 |
|---|---|---|
| | Initials of Preparer | TJ |