# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO LIM individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TFORCE LOGISTICS, LLC, and TFORCE FINAL MILE WEST, LLC<br><br>Defendants. | No. 2:19-cv-04390-JAK (AGRx)<br><br>**FINAL JUDGMENT AND DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

1

On April 18, 2023, an order was entered on Plaintiff's Motion for Final Approval of Class Action Settlement, Plaintiff's Motion for Service Award, and Plaintiff's Motion for Attorney's Fees and Costs ("Final Approval Order").

As discussed in the Final Approval Order, this action has been settled in its entirety and the following Orders have been made regarding the Class Action Settlement and related matters:

1. The Final Approval Motion is **GRANTED** as to certification of the Settlement Class defined as: "All persons who, according to Defendants' business records or records provided to them by SCI, (i) prior to and including December 31, 2019, signed an Independent Contractor and/or Owner Operator Agreement (either in their individual capacity or as the owner of a business entity) with Dynamex Operations West, Inc., TForce Final Mile West, LLC, TForce Logistics West, LLC, BeavEx, Inc., JNJW Enterprises, Inc., Velocity Express Leasing, Inc., or Velocity Express, LLC, or, after December 31, 2019, signed an Owner Operator Agreement (either in their individual capacity or as the owner of a business entity) with Subcontracting Concepts CT, LLC (SCI), (ii) were based in California, (iii) personally performed at least one delivery in California through Dynamex Operations West, Inc., TForce Final Mile West, LLC, or TForce Logistics West, LLC, from February 15, 2015 through [November 15, 2022], where the delivery was not performed on an indirect basis through the person's engagement or association with a Delivery Service Professional (DSP), Master Contractor, Agent, Carrier, or other form of contractor, and (iv) did not have more than one indirect driver working or associated with them at the same or different times during the Class Period." The Class Period is from February 15, 2015, through November 15, 2022;

2. The Final Approval Motion is **GRANTED** as to the fairness, adequacy and reasonableness of the Settlement. Distribution of the Gross Settlement Fund in the

   manner set forth in the Court's previous Preliminary Approval Order is **APPROVED** subject to the terms of the Final Approval Order;

3. The Service Award Motion is **GRANTED** as to an award of $13,750 to Plaintiff Santiago Lim for the reasons discussed in the Final Approval Order;

4. The request by Settlement Class Member Villaverde for an award equal to the amount that will be paid to Plaintiff Lim is **DENIED** because it is procedurally deficient and without legal basis, as discussed in the Final Approval Order;

5. Attorney's Fees of $4,350,000, plus attorney's costs as to an award of $74,600, are granted as reasonable for the reasons discussed in the Final Approval Order.

Accordingly, pursuant to Fed. R. Civ. P. 58, and subject to continuing jurisdiction with respect to any issues that arise as to the implementation of the Settlement and related matters, the Clerk of the Court is directed to enter this Final Judgment dismissing the action with prejudice.

**IT IS SO ORDERED.**

Dated: April 25, 2023

John A. Kronstadt
United States District Judge